**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Betty L. Martin                                                                  CHAPTER 7

Debtor(s)

BKY. NO. 20-20152 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of KEY BANK NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich, Esquire

Brian C. Nicholas, Esq. (317240)
Maria D. Miksich, Esq. (319383)
Rebecca A. Solarz, Esq. (315936)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com