**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Betty L. Martin** | Social Security number or ITIN  xxx–xx–7249 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–20152–CMB**

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Betty L. Martin

8/11/21                                                                   **By the court:**  Carlota M. Bohm
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20152-CMB |
| Betty L. Martin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 3 |
| Date Rcvd: Aug 11, 2021 | Form ID: 318 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Betty L. Martin, 4 Mayflower Drive, Uniontown, PA 15401-5224 |
| 15190530 | + | Aesthetic Dental Group of Uniontown, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 15367784 | | Atlantic Broadband, P.O. Box 371801, Pittsburgh, PA 15250-7801 |
| 15367785 | + | Auto-Owners Insurance, P.O. Box 740312, Cincinnati, OH 45274-0312 |
| 15367780 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 16581, Columbus, OH 43126-5224 |
| 15183990 | + | EOS CCA, P. O. Box 981025, Boston, MA 02298-1025 |
| 15367786 | + | Fayette E.M.S., P.O. Box 862, Connellsville, PA 15425-0862 |
| 15367781 | + | GFL Environmental, 1192 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 15183992 | + | Geoffrey A. Gwynn, Sr., D.D.S, 120 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 15183997 | + | KML Law Group, P.C., Suite 5000--The BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15183996 | + | KeyBank, Bankruptcy Department, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 15184001 | + | MMS Endodontic Specialists, 204 Mary Higginson Lane, Uniontown, PA 15401-2657 |
| 15183999 | + | Mallery-Fulmer, 59 Pittsburgh Street, Uniontown, PA 15401-2943 |
| 15202904 | + | Mark Rabatin, DMD, 160 Wayland Smith Drive, Suite 202, Uniontown, PA 15401-7500 |
| 15202903 | | North Fayette County Municipal Authority, 1634 University Drive, P.O. Box 368, Dunbar, PA 15431-0368 |
| 15184002 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 15183993 | + | RLH, Inc., d/b/a Hixenbaugh's Drug Store, c/o Hixenbaugh's Drug Store, 304 Morgantown Street, Uniontown, PA 15401-4829 |
| 15367787 | + | Sprowls Insurance Group, P.O. Box 1447, Uniontown, PA 15401-1447 |
| 15202906 | | Two Scotts Lawn & Landscaping, 132 East Street, Uniontown, PA 15401-3127 |
| 15367782 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15367783 | | WVU Medicine, P.O. Box 875, Morgantown, WV 26507-0875 |
| 15202908 | | Weltman, Weinberg & Reis, 436 Seventh AvenueSuite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 12 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 12 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 20-20152-CMB   Doc 89   Filed 08/13/21   Entered 08/14/21 00:33:42   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: 318 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 12 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15367778 | + | Email/Text: amscbankruptcy@adt.com | Aug 11 2021 23:13:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 15183986 | | EDI: URSI.COM | Aug 12 2021 03:18:00 | Alltran Financial, P.O. Box 722901, Houston, TX 77272-2901 |
| 15367779 | | Email/Text: ering@cbhv.com | Aug 11 2021 23:13:00 | Atlantic Broadband, c/o CBHV, P.O. Box 831, Newburgh, NY 12551-0831 |
| 15183987 | + | EDI: CCS.COM | Aug 12 2021 03:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15183988 | + | EDI: CCUSA.COM | Aug 12 2021 03:18:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 15183989 | | EDI: DISCOVER.COM | Aug 12 2021 03:18:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15187320 | | EDI: DISCOVER.COM | Aug 12 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15183991 | | Email/Text: data_processing@fin-rec.com | Aug 11 2021 23:13:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15183994 | | EDI: RMSC.COM | Aug 12 2021 03:18:00 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15183995 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 11 2021 23:13:00 | Key Bank, P.O. Box 93885, Cleveland, OH 44101-5885 |
| 15188927 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 11 2021 23:13:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15183998 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 23:25:45 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15205556 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 23:25:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184000 | + | Email/Text: bknotices@mbandw.com | Aug 11 2021 23:13:00 | McCarthy, Burgess & Wolff, The M B & W Building, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 15213594 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2021 23:13:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15184003 | | EDI: CITICORP.COM | Aug 12 2021 03:18:00 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15202905 | + | EDI: RMSC.COM | Aug 12 2021 03:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15184817 | + | EDI: RMSC.COM | Aug 12 2021 03:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15215130 | | EDI: AIS.COM | Aug 12 2021 03:18:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15184005 | | EDI: VERIZONCOMB.COM | Aug 12 2021 03:18:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 15184006 | + | EDI: VERIZONCOMB.COM | Aug 12 2021 03:18:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 15367788 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 11 2021 23:13:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 27

Case 20-20152-CMB   Doc 89   Filed 08/13/21   Entered 08/14/21 00:33:42   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: 318 | Total Noticed: 47 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | KeyBank N.A. as s/b/m to First Niagara Bank N.A. |
| 15202907 | * | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 15184004 | ##+ | SRA Associates, 401 Minnetonka Road, Hi Nella, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Betty L. Martin sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Maria Miksich | on behalf of Creditor KeyBank N.A. as s/b/m to First Niagara Bank N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Sarah Elizabeth Connelly | on behalf of Debtor Betty L. Martin Sarah@zeblaw.com janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com |

TOTAL: 6